**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-02358-REB-KMT

PATRICIA LUCERO,

      Plaintiff,

v.

MARIKA PUTNAM,
KENNETH STARBUCK, and
THE CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the **Stipulation for Dismissal with Prejudice** [#44][1]

filed April 15, 2015.  After careful review of the stipulation and the file, I conclude that

the stipulation should be approved and that this action should be dismissed with

prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Dismissal with Prejudice** is approved;

      2.  That all pending pretrial deadlines are vacated; and

      3.  That this action is dismissed with prejudice with the parties to pay their own

attorney fees and costs.

---

    [1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated April 17, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge